IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JASON A. SANDERS,                    )
                                     )
          Plaintiff                  )        Civil Action No. 01 -2080
                                     )
     v.                              )
                                     )
DEAN HOLLAND, CHRISTOPHER            )        Magistrate Judge Lisa Lenihan
WALLERYSIAK, Correction Officers,    )
                                     )
          Defendants.                )

## ORDER

**AND NOW**, this 14th day of March, 2006

**IT IS ORDERED** that pursuant to 28 U.S.C.§1915(e)(1) and the order of Court

dated March 24, 1999, entered pursuant to the resolution of the Board of

Judges of the United States District Court for the Western District of Pennsylvania In

re: Funding of Plan for the Appointment of Counsel in Select Pro Se Prisoner Civil

Rights Actions (Miscellaneous No. 99-95), the Allegheny County Bar Foundation of

the Allegheny County Bar Association is directed to request a lawyer to consider

entering an appearance on behalf of the plaintiff in the above-captioned case;

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to provide the

Allegheny County Bar Foundation with a copy of the complaint, all answers and

pretrial narrative statements  should same exist and shall provide counsel with any

additional pleadings or documents as requested by counsel.

1

Lisa Pupo Lenihan
United States Magistrate Judge


cc:   Jason A. Sanders
      SCI Somerset
      1600 Walters Mill Road
      Somerset, PA 15510-0002

      Craig E. Maravich
      Office of the Attorney General
      564 Forbes Ave.
      6th floor, Manor Complex
      Pittsburgh, PA 15219

2