IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON A. SANDERS, ) | |
| ) | Civil Action No. 01 - 2080 |
| Plaintiff, ) | |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| ) | |
| DEAN HOLLAND and ) | |
| CHRISTOPHER WALLERYSIAK, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties in this case reached a settlement before the Court on March 27, 2006. The only matters remaining to be completed are the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a), which shall be filed within 10 days of remittance of settlement proceeds. Therefore,

**IT IS ORDERED** this 31st day of March, 2006, that the Clerk mark the above-captioned case closed.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc:   Jason Sanders
      FR - 3023
      S.C.I. Somerset
      1600 Walters Mill Road
      Somerset, PA 15510 - 0002

Craig E. Maravich
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219